Submitted on brief by appellant and argued by respondents March
8, affirmed March 13, 1928.

## C. D. FRASER *v.* L. G. RAYMOND ET AL.

(264 Pac. 1119.)

Appeal and Error, 4 **C. J.**, p. 1131, n. 86.

From Multnomah: JOHN H. STEVENSON, Judge.

Department 2.

AFFIRMED.

For appellant there was a brief over the name of
*Mr. Frank H. Reeves.*

For respondents there was a brief over the names
of *Mr. John P. Hannon* and *Messrs. Murdoch & Crum,*
with an oral argument by *Mr. V. D. Dusenbury.*

PER CURIAM.—This is an appeal from an order
sustaining a demurrer to the amended complaint and
dismissing the action.

We have carefully considered the allegations of the
complaint and find that it states no cause of action.
The demurrer was, therefore, properly sustained and
the judgment is affirmed.        AFFIRMED.